UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re: Genie Investments NV Inc., Debtor.
Case No. 3:24-bk-00496-BAJ
Chapter 7

District Court Case No.: 3:25-CV-1398-TJC, *Cohan v. Cohen*

**VERIFIED NOTICE OF FAVORABLE RULING IN RELATED D.D.C. PROCEEDING**

John Michael Cohan, a party in interest, 50% equity shareholder of the debtor, and protected

person, pro se, respectfully submits this notice to bring to the Court's attention a recent ruling in

a related proceeding before the United States District Court for the District of Columbia.

On July 17, 2026, Honorable Judge Randolph D. Moss granted Plaintiff's Motion for Leave to

Appeal In Forma Pauperis (ECF No. 77) and granted Plaintiff's requests for leave to file (ECF

Nos. 75, 79), deeming the proposed notices filed. See *Cohan v. Bomkamp*, 1:25-cv-02009-RDM

(D.D.C.), Minute Order (July 17, 2026).

The ruling is significant to this case for the following reasons:

· The D.D.C. found Plaintiff's appeal to have arguable merit, thereby granting IFP status;

· The D.D.C. deemed Plaintiff's filings timely, rejecting any claim that they were

procedurally improper;

· The facts in the D.D.C. matter are exact or at least similar to the facts in the above

captioned matter.

· The granted IFP motion (ECF No. 77) is extremely similar to the IFP motion(s) filed in

the above captioned matter.

· By granting the IFP motion, the federal D.D.C. District Court recognized the undersigned is indigent, the undersigned's claims are non-frivolous, and that the undersigned acted in good faith. The undersigned is the same individual. The claims arise from the same pattern of conduct. The financial circumstances are unchanged. There is no basis for this Court to reach a different conclusion. Justice requires the same result here.

· The ruling was issued within twenty (24) hours of the motion being docketed—a very stark contrast to the pattern of delay Plaintiff has experienced in the Middle District of Florida, where his IFP motion has been *pending* since November 2025 (3:25-cv-01398) and a Motion to Compel since December 2025 (3:25-cv-00164).

A true and correct copy of the Minute Order is attached hereto.

This notice is filed solely to place the ruling on the record in this proceeding.

VERIFICATION

I, John Michael Cohan, declare under penalty of perjury under the laws of the United States that the foregoing and its attachments are true and correct to the best of my knowledge and belief.

Dated: 07-22-2026

Respectfully submitted in good faith,

John Michael Cohan, without prejudice, without recourse, UCC 1-308, 1-103
iustusprocessus@outlook.com

Certificate of Service

I hereby certify that all interested parties have been duly served a copy of the following documents by the CM/ECF system, US Mail, and/or email.

Activity in Case 1:25-cv-02009-RDM COHAN v. UNITED STATES TRUSTEE PROGRAM et al Order on Motion for Leave to Appeal ...     Summarize

**D**    DCD_ECFNotice@dcd.uscourts.gov
To  DCD_ECFNotice@dcd.uscourts.gov

 ⤷ Reply   ⤷ Reply All   → Forward   •••
Fri 7/17/2026 10:06 AM

ⓘ You forwarded this message on 7/17/2026 11:41 AM.

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

**U.S. District Court**

**District of Columbia**

**Notice of Electronic Filing**

The following transaction was entered on 7/17/2026 at 10:05 AM and filed on 7/17/2026
**Case Name:**        COHAN v. UNITED STATES TRUSTEE PROGRAM et al
**Case Number:**      1:25-cv-02009-RDM
**Filer:**
**WARNING: CASE CLOSED on 06/16/2026**
**Document Number:** No document attached

**Docket Text:**
MINUTE ORDER: Upon consideration of Plaintiff's motion for leave to appeal in forma pauperis, Dkt. [77], it is hereby ORDERED that the motion is GRANTED. Upon consideration of Plaintiff's two requests for leave to file, Dkt. [75] ; Dkt. [79], it is further ORDERED that the requests are GRANTED and that the proposed notices are DEEMED FILED. Defendant need not respond to Plaintiff's notices absent further order of the Court. Signed by Judge Randolph D. Moss on 7/17/2026. (lcrdm3)

**1:25-cv-02009-RDM Notice has been electronically mailed to:**

Tara Derbisz    tara.derbisz@usdoj.gov, CaseView.ECF@usdoj.gov, USADC.ECFCSS@usdoj.gov

JOHN MICHAEL COHAN    iustusprocessus@outlook.com

**1:25-cv-02009-RDM Notice will be delivered by other means to::**



All folders are up to date.    Connected to: Microsoft Exchange    ⌨ Display Settings    ▭    ▥    — ———▮—— +

Q Search    ▪ ▪ ▪ 🌐 ▪ ▪ ▪ ✳ 🌐 📕    11:46 AM 7/19/2026